NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALEXANDER S. ORENSHTEYN,**
*Plaintiff-Appellant,*

**v.**

**INTERNATIONAL BUSINESS MACHINES CORPORATION,**
*Defendant-Appellee.*

---

2014-1082

---

Appeal from the United States District Court for the Southern District of New York in No. 1:02-cv-05074-JFK-RLE, Senior Judge John F. Keenan.

---

**ON MOTION**

---

**O R D E R**

Alexander S. Orenshteyn moves without opposition for a 90-day extension of time, until April 16, 2014, to file his principal brief.

Upon consideration thereof,

2                                    ORENSHTEYN v. IBM

IT IS ORDERED THAT:

The motion is granted.

                              FOR THE COURT

                              /s/ Daniel E. O'Toole
                              Daniel E. O'Toole
                              Clerk of Court


s27